```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    13 Cr. 633 (PAE)

-v-

                    ORDER

MATTHEW MITROW,
                Defendant.
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The sentence scheduled previously for June 4, 2015 at 4:00 p.m. has been rescheduled to **2:15 p.m. on June 4, 2015**, to be held in Courtroom 1305 at the U.S. Courthouse, 40 Square, New York, New York 10007. Counsel have been notified and have confirmed the schedule change.

      SO ORDERED.

Dated: New York, New York
       May 21, 2015

                                        PAUL A. ENGELMAYER
                                      UNITED STATES DISTRICT JUDGE